THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES LARKIN, Appellant.

*Crimes — criminal anarchy — judgment of conviction affirmed.*

*People* v. *Larkin,* 200 App. Div. 858, affirmed.
(Submitted June 14, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1922, which affirmed a judgment rendered at an Extraordinary Trial Term upon a ver-

dict convicting the defendant of the crime of criminal anarchy.

*Frank P. Walsh, John J. O'Leary* and *Walter Nelles* for appellant.

*Joab H. Banton, District Attorney (John Caldwell Myers* of counsel), for respondent.

Judgment affirmed on authority of *People* v. *Gitlow.* (234 N. Y. 132).

Concur: HISCOCK, Ch. J., HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting on ground stated in opinion of POUND, J., in *People* v. *Gitlow* (234 N. Y. 132): CARDOZO and POUND, JJ.